(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Eastern District of North Carolina** | **Voluntary Petition** |
| --- | --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brumbaugh, Robert** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-8435** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2505 Diamond Hitch**<br>**Raleigh, NC 27615** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Wake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
| --- | --- | --- |
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
| --- | --- |
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there<br>will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/03)**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **FORM B1, Page 2** <br> **Brumbaugh, Robert** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Robert Brumbaugh**
Signature of Debtor **Robert Brumbaugh**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October 15, 2005**
Date

**Signature of Attorney**

X    **/s/ Derek R. Caldwell**
Signature of Attorney for Debtor(s)

**Derek R. Caldwell 21959**
Printed Name of Attorney for Debtor(s)

**Law Office of Derek R. Caldwell**
Firm Name
**211 East Six Forks Road, Suite 210-A**
**PO Box 19242**
**Raleigh, NC 27619-9242**
Address    **Email: derekcaldwell_attorney@yahoo.com**
**(919) 838-9400  Fax: (919) 834-1031**
Telephone Number

**October 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Derek R. Caldwell**          **October 15, 2005**
Signature of Attorney for Debtor(s)        Date
**Derek R. Caldwell 21959**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court

### Eastern District of North Carolina

In re   **Robert Brumbaugh**                                          ,
                          Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 358,000.00 | | |
| B - Personal Property | Yes | 4 | 25,400.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 233,800.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 61,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 2,175,626.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,421.75 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,700.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 383,400.00 | | |
| Total Liabilities | | | | 2,470,426.19 | |

In re   **Robert Brumbaugh**                                              ,    Case No. _____
                                                 Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family home and lot Location: 2505 Diamond Hitch, Raleigh NC** | **tenancy by the entirety** | **J** | **183,000.00** | **145,000.00** |
| **undeveloped 15 acre lot Lot 17 Crown Oaks Tally Ho Township Granville county, NC** | **tenancy by the entirety** | **-** | **75,000.00** | **37,200.00** |
| **25 acre undeveloped lot Lot 1 Tally Ho Township Granville County, NC** | **tenancy by the entirety** | **-** | **100,000.00** | **33,600.00** |

|  |  |
|---|---|
| Sub-Total > | **358,000.00** (Total of this page) |
| Total > | **358,000.00** |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re    **Robert Brumbaugh** _____,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **cash** | - | **50.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia checking** | - | **2,000.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **stove, refrigerator, dishwasher, major kitchen appliances** | J | **200.00** |
| | | **washer and dryer** | J | **100.00** |
| | | **dishes, pots, p[ans, small kitchen appliances** | - | **100.00** |
| | | **living room furnishings** | - | **200.00** |
| | | **bedroom furnishings** | - | **200.00** |
| | | **dinig room furnishings** | - | **200.00** |
| | | **tv** | - | **500.00** |
| | | **computer, monitor, printer and accessories** | - | **100.00** |
| | | **vcr** | J | **25.00** |
| | | **video camera** | - | **50.00** |
| | | **piano** | J | **200.00** |
| | | **lawn mower and yard tools** | - | **20.00** |

|  | Sub-Total >    **3,945.00** |
|---|---|
|  | (Total of this page) |

_**3**_   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re    **Robert Brumbaugh**                                                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **various items of household goods and furnishings not otherwise listed** | **-** | **1,185.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **books, cds, dvds, family photos** | **-** | **100.00** |
| 6. Wearing apparel. | | **clothes, shoes, wearing apparel** | **-** | **300.00** |
| 7. Furs and jewelry. | **X** | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **firearms** | **-** | **100.00** |
| | | **golf clubs** | **-** | **20.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | | |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | **X** | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | **X** | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 15. Accounts receivable. | **X** | | | |

Sub-Total >          **1,705.00**
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re  **Robert Brumbaugh**                                                    ,        Case No. _____

_____
Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Chevy Tahoe with 70000 miles; insured by allstate policy # 090654230** | - | **9,500.00** |
| | | **2000 Dodge Durango with 110000 miles** | - | **10,250.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| | | | Sub-Total > (Total of this page) | **19,750.00** |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Robert Brumbaugh**                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **25,400.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Local Form No. 2
Rev. 9/97

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                                                    CASE NUMBER:
**Robert Brumbaugh**
    Debtor(s).

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

    I, **Robert Brumbaugh**, claim the following property as exempt pursuant to 11 U.S.C. §522(b)(2)(A) and (B) and the laws of the State of North Carolina, and nonbankruptcy Federal law:

    1.    NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (exemption not to exceed $10,000)

| Description of Property and Address | Market Value | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

VALUE OF REAL ESTATE CLAIMED AS EXEMPT: $    0.00

    2.  NCGS 1C-1601(A)(3) MOTOR VEHICLE (exemption in one vehicle not to exceed $1,500)

| Model, Year Style of Auto | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **1999 Chevy Tahoe with 70000 miles; insured by allstate policy # 090654230** | **9,500.00** | **First Citizens bank** | **5,000.00** | **4,500.00** |
| **2000 Dodge Durango with 110000 miles** | **10,250.00** | **Chrysler Financial** | **13,000.00** | **0.00** |

VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT: $    4,500.00

    3.  NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (net value not to exceed $3,500 plus $750 for first four dependents). The number of dependents for exemption purposes is **3**

| Description of Property | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **bedroom furnishings** | **200.00** | | | **200.00** |
| **books, cds, dvds, family photos** | **100.00** | | | **100.00** |
| **clothes, shoes, wearing apparel** | **300.00** | | | **300.00** |
| **dinig room furnishings** | **200.00** | | | **200.00** |
| **dishes, pots, p[ans, small kitchen appliances** | **100.00** | | | **100.00** |
| **firearms** | **100.00** | | | **100.00** |
| **golf clubs** | **20.00** | | | **20.00** |
| **lawn mower and yard tools** | **20.00** | | | **20.00** |
| **living room furnishings** | **200.00** | | | **200.00** |
| **piano** | **200.00** | | | **200.00** |
| **stove, refrigerator, dishwasher, major kitchen appliances** | **200.00** | | | **200.00** |
| **tv** | **500.00** | | | **500.00** |
| **various items of household goods and furnishings not otherwise listed** | **1,185.00** | | | **1,185.00** |
| **vcr** | **25.00** | | | **25.00** |
| **video camera** | **50.00** | | | **50.00** |
| **washer and dryer** | **100.00** | | | **100.00** |

VALUE CLAIMED AS EXEMPT: $    3,500.00

Local Form No. 2
Rev. 9/97

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (total net value not to exceed $750 in value).

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **computer, monitor, printer and accessories** | **100.00** | | | **100.00** |

VALUE CLAIMED AS EXEMPT:  $     **100.00**

5.  NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5)

| Description\Insured\Policy Number\Beneficiary | Cash Value |
|---|---|
| **-NONE-** | |

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (Debtor or Debtor's Dependents, no limit on value).

Description
**-NONE-**

7.  NCGS 1C-1601(a)(8) COMPENSATION FOR PERSONAL INJURY OR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

8. NCGS 1C-1601(a)(2) ANY PROPERTY (total net value not to exceed $3,500 **less** any amount used under NCGS 1C-1601(1).

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

9.  NCGS 1C-1601(a)(9) INDIVIDUAL RETIREMENT ACCOUNTS as described in Section 408(a) of the Internal Revenue Code, individual retirement annuities as described in Section 408(b) of the Internal Revenue Code, and accounts established as part of a trust described in Section 408(c) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

10.  TENANCY BY THE ENTIRETY. The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(2)(B) and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value |
|---|---|---|---|---|
| **25 acre undeveloped lot Lot 1 Tally Ho Township Granville County, NC** | **100,000.00** | **Kitty Fried** | **33,600.00** | **66,400.00** |
| **Single family home and lot Location: 2505 Diamond Hitch, Raleigh NC** | **183,000.00** | **Chase Home Finance Capital Bank** | **105,000.00** **40,000.00** | **38,000.00** |
| **undeveloped 15 acre lot Lot 17 Crown Oaks Tally Ho Township Granville county, NC** | **75,000.00** | **Kitty Fried** | **37,200.00** | **37,800.00** |

VALUE OF ENTIRETIES PROPERTY CLAIMED AS EXEMPT:  $     **142,200.00**

11.  NORTH CAROLINA PENSION FUND EXEMPTIONS

**-NONE-**

12.  OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA:

| | | |
|---|---|---|
| a. | **Wages of a Debtor Necessary for Support of Family, N.C. Gen. Stat. § 1-362** | **50.00** |
| b. | **Wages of a Debtor Necessary for Support of Family, N.C. Gen. Stat. § 1-362** | **2,000.00** |

TOTAL PROPERTY CLAIMED AS EXEMPT:  $     **2,050.00**

13.  FEDERAL PENSION FUND EXEMPTIONS

**-NONE-**

Schedule C - Property Claimed as Exempt

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Local Form No. 2
Rev. 9/97

14.  OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW:

**-NONE-**

VALUE OF PROPERTY CLAIMED AS EXEMPT: $          **0.00**

15. The following tangible personal property was purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition:

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

16. The debtor's property is subject to the following claims:

a.      Of the United States or its agencies as provided by federal law.
b.      Of the state of North Carolina of its subdivisions for taxes, appearance bonds or fiduciary bonds;
c.      Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.
d.      Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.
e.      For payment of obligations contracted for the purchase of specific property.
f.      For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.
g.      For statutory liens, on the specific property affected, other than judicial liens.
h.      For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

None of the property listed in paragraph 15 has been included in this claim of exemptions.

None of the claims listed in paragraph 16 is subject to this claim of exemptions.

DATE:  **October 15, 2005**                           **/s/ Robert Brumbaugh**
                                                       **Robert Brumbaugh**
                                                                               Debtor

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL TO SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

I,   **Robert Brumbaugh**   , declare under penalty of perjury that I have read the foregoing Schedule C - Property Claimed as Exempt, consisting of 3 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on:  **October 15, 2005**                    **/s/ Robert Brumbaugh**
                                                       **Robert Brumbaugh**
                                                                               Debtor

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6D
(12/03)

In re   **Robert Brumbaugh**                                      ,        Case No. _____
                                    Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2080032218** <br><br> **Capital Bank** <br> **PO Box 18949** <br> **Raleigh, NC 27619** | X | - | **Second Mortgage** <br><br> **Single family home and lot Location: 2505 Diamond Hitch, Raleigh NC** <br><br> Value $            **183,000.00** | | | | 40,000.00 | 0.00 |
| Account No. **1971421482** <br><br> **Chase Home Finance** <br> **PO Box 830016** <br> **Baltimore, MD 21283-0016** | X | - | **Deed of Trust** <br><br> **Single family home and lot Location: 2505 Diamond Hitch, Raleigh NC** <br><br> Value $            **183,000.00** | | | | 105,000.00 | 0.00 |
| Account No. **1003143320** <br><br> **Chrysler Financial** <br> **Box 55000 Dept 277001** <br> **Detroit, MI 48255** | | - | **Purchase money security/certificate of title** <br><br> **2000 Dodge Durango with 110000 miles** <br><br> Value $            **10,250.00** | | | | 13,000.00 | 2,750.00 |
| Account No. **92000624** <br><br> **First Citizens bank** <br> **PO Box 27131** <br> **Raleigh, NC 27611** | | - | **Purchase money security/certificate of title** <br><br> **1999 Chevy Tahoe with 70000 miles; insured by allstate policy # 090654230** <br><br> Value $            **9,500.00** | | | | 5,000.00 | 0.00 |
|   **1**    continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 163,000.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re   **Robert Brumbaugh** _____ ,   Case No. _____

_Debtor_

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust | | | | | |
| **Kitty Fried**<br>**7717 Audubon**<br>**Raleigh, NC 27615** | | - | **undeveloped 15 acre lot**<br>**Lot 17 Crown Oaks**<br>**Tally Ho Township**<br>**Granville county, NC** | | | | | |
| | | | Value $        **75,000.00** | | | | **37,200.00** | **0.00** |
| Account No. | | | Deed of Trust | | | | | |
| **Kitty Fried**<br>**7717 Audubon**<br>**Raleigh, NC 27615** | | - | **25 acre undeveloped lot**<br>**Lot 1 Tally Ho Township**<br>**Granville County, NC** | | | | | |
| | | | Value $        **100,000.00** | | | | **33,600.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **70,800.00** | |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **233,800.00** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

Form B6E
(04/05)

In re    **Robert Brumbaugh**
_____ ,    Case No. _____
                                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____    continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/05)

In re   **Robert Brumbaugh**                                                          ,     Case No. _____
                                                      Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **XXX-XX-8435**<br><br>**Internal Revenue Service Insolvency I 320 Federal Place Room 335 Greensboro, NC 27401** | X | - | unpaid income taxes due 2002 | | | | 22,000.00 | 22,000.00 |
| Account No. **XXX-XX-8435**<br><br>**Internal Revenue Service Insolvency I 320 Federal Place Room 335 Greensboro, NC 27401** | X | J | **2003**<br><br>unpaid income taxes due | | | | 18,000.00 | 18,000.00 |
| Account No. **XXX-XX-8435**<br><br>**Internal Revenue Service Insolvency I 320 Federal Place Room 335 Greensboro, NC 27401** | X | J | **2004**<br><br>unpaid income taxes due | | | | 6,000.00 | 6,000.00 |
| Account No. **XXX-XX-8435**<br><br>**NC Department of Revenue Bankruptcy Unit PO Box 1168 Raleigh, NC 27699-0001** | X | J | **2002-2004**<br><br>unpaid income taxes due | | | | 15,000.00 | 15,000.00 |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 61,000.00 |
| Total (Report on Summary of Schedules) | 61,000.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(12/03)

In re **Robert Brumbaugh** _____,     Case No. _____

                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alta Loma Ultra Trust**<br>**Carl Lovell, Trustee**<br>**2801 S Valley View Ste 1**<br>**Las Vegas, NV 89102** | X | - | | | **claims arising from the actions of T. Gene Gilman, Financial Links, Inc., Arbor Securities and Robert Brumbaugh** | | | | **Unknown** |
| Account No. 5291-4919-0291-2615<br><br>**Capitol One Bank**<br>**Attn: Bankruptcy Department**<br>**PO Box 85167**<br>**Richmond, VA 23285-5167** | | - | | | **Credit card purchases** | | | | **11,853.72** |
| Account No. 4271-3826-3834-2044<br><br>**CitiBank Cardmember Services**<br>**Attn: Bankruptcy Department**<br>**PO Box 142319**<br>**Irving, TX 75014-2319** | | - | | | **Credit card purchases** | | | | **19,598.70** |
| Account No. 4035-0560-1028-5016<br><br>**CitiBank Cardmember Services**<br>**Attn: Bankruptcy Department**<br>**PO Box 142319**<br>**Irving, TX 75014-2319** | | - | | | **Credit card purchases** | | | | **12,336.63** |

  **2**   continuation sheets attached                                                     Subtotal<br>(Total of this page)      **43,789.05**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         S/N:29412-050825    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Robert Brumbaugh**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **012792042**<br><br>**Dell Financial Services**<br>**PO Box 81577**<br>**Austin, TX 78708-1577** | | - | | | **12-11-02**<br>**computer ordered by Financial Links and ordered signed by debtor as president of Financial Links, Inc** | | | X | **1,837.14** |
| Account No.<br><br>**Elizabeth Steffenberg**<br>**c/o Wilson, Elser, Moskowitz, et al**<br>**155 Federal St**<br>**Boston, MA 02110** | | - | | | **claims arising from the actions of T. Gene Gilman, Financial Links, Inc., Arbor Securities and Robert Brumbaugh** | | | | **Unknown** |
| Account No.<br><br>**John and Jane Doe, plaintiffs**<br>**c/o Denner O'Malley, LLP**<br>**4 Longfellow Pl, 35th Floor**<br>**Boston, MA 02114** | | - | | | **claims arising from actions of T. Gene Gilman, Financial Links, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Mary Bellinger**<br>**c/o Harry S. Miller; Perkins Smith**<br>**1 Beacon St.**<br>**Boston, MA 02108** | X | - | | | **claims arising from the actions of T. Gene Gilman, Financial Links, Inc., Arbor Securities and Robert Brumbaugh** | | | | **545,000.00** |
| Account No.<br><br>**Nancy Ferguson**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St.**<br>**Boston, MA 02108** | X | - | | | **claims arising from the actions of T. Gene Gilman, Financial Links, Inc., Arbor Securities and Robert Brumbaugh** | | | | **85,000.00** |

Sheet no. __**1**__ of __**2**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**631,837.14**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Robert Brumbaugh**_____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. <br><br> **Stephen and Allison Toebes** <br> **c/o Perkins Smith & Cohen, LLP** <br> **1 Beacon St** <br> **Boston, MA 02108** | X | - | **claims arising from the actions of T. Gene Gilman, Financial Links, Inc., Arbor Securities and Robert Brumbaugh** | | | | **1,500,000.00** |
| Account No. <br><br> **The West Hollywood Nongrantor Trust** <br> **Carl E Lovell, Trustee** <br> **2801 S. Valley View, Ste 1** <br> **Las Vegas, NV 89102** | X | - | **claims arising from the actions of T. Gene Gilman, Financial Links, Inc., Arbor Securities and Robert Brumbaugh** | | | | **0.00** |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

Sheet no. __2___ of __2___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **1,500,000.00** |
| Total <br> (Report on Summary of Schedules) | **2,175,626.19** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Robert Brumbaugh**                                          ,   Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Robert Brumbaugh**                                                                    ,   Case No. _____

                                                        Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arbor Securites Limited**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Mary Bellinger**<br>**c/o Harry S. Miller; Perkins Smith**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **Arbor Securites Limited**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Nancy Ferguson**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **Arbor Securites Limited**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Stephen and Allison Toebes**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St**<br>**Boston, MA 02108** |
| **Arbor Securites Limited**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Alta Loma Ultra Trust**<br>**Carl Lovell, Trustee**<br>**2801 S Valley View Ste 1**<br>**Las Vegas, NV 89102** |
| **Arbor Securites Limited**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **The West Hollywood Nongrantor Trust**<br>**Carl E Lovell, Trustee**<br>**2801 S. Valley View, Ste 1**<br>**Las Vegas, NV 89102** |
| **Aspen Trading, LLC**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Mary Bellinger**<br>**c/o Harry S. Miller; Perkins Smith**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **Aspen Trading, LLC**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Nancy Ferguson**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **Aspen Trading, LLC**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Stephen and Allison Toebes**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St**<br>**Boston, MA 02108** |
| **Aspen Trading, LLC**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Alta Loma Ultra Trust**<br>**Carl Lovell, Trustee**<br>**2801 S Valley View Ste 1**<br>**Las Vegas, NV 89102** |

____**4**____ continuation sheets attached to Schedule of Codebtors

In re    **Robert Brumbaugh**                                                    Case No. _____
_____,
Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Aspen Trading, LLC**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **The West Hollywood Nongrantor Trust**<br>**Carl E Lovell, Trustee**<br>**2801 S. Valley View, Ste 1**<br>**Las Vegas, NV 89102** |
| **Commonwealth Financial Holdings, In**<br>**c/o T. gene gilman**<br>**11 Morse Rd**<br>**Newtonville, MA 02460** | **Mary Bellinger**<br>**c/o Harry S. Miller; Perkins Smith**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **Commonwealth Financial Holdings, In**<br>**c/o T. gene gilman**<br>**11 Morse Rd**<br>**Newtonville, MA 02460** | **Nancy Ferguson**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **Commonwealth Financial Holdings, In**<br>**c/o T. gene gilman**<br>**11 Morse Rd**<br>**Newtonville, MA 02460** | **Stephen and Allison Toebes**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St**<br>**Boston, MA 02108** |
| **Commonwealth Financial Holdings, In**<br>**c/o T. gene gilman**<br>**11 Morse Rd**<br>**Newtonville, MA 02460** | **Alta Loma Ultra Trust**<br>**Carl Lovell, Trustee**<br>**2801 S Valley View Ste 1**<br>**Las Vegas, NV 89102** |
| **Commonwealth Financial Holdings, In**<br>**c/o T. gene gilman**<br>**11 Morse Rd**<br>**Newtonville, MA 02460** | **The West Hollywood Nongrantor Trust**<br>**Carl E Lovell, Trustee**<br>**2801 S. Valley View, Ste 1**<br>**Las Vegas, NV 89102** |
| **David Gelfond**<br>**190 Walnut St.**<br>**Newtonville, MA 02460** | **Mary Bellinger**<br>**c/o Harry S. Miller; Perkins Smith**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **David Gelfond**<br>**190 Walnut St.**<br>**Newtonville, MA 02460** | **Nancy Ferguson**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **David Gelfond**<br>**190 Walnut St.**<br>**Newtonville, MA 02460** | **Stephen and Allison Toebes**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St**<br>**Boston, MA 02108** |
| **David Gelfond**<br>**190 Walnut St.**<br>**Newtonville, MA 02460** | **Alta Loma Ultra Trust**<br>**Carl Lovell, Trustee**<br>**2801 S Valley View Ste 1**<br>**Las Vegas, NV 89102** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert Brumbaugh**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Gelfond**<br>**190 Walnut St.**<br>**Newtonville, MA 02460** | **The West Hollywood Nongrantor Trust**<br>**Carl E Lovell, Trustee**<br>**2801 S. Valley View, Ste 1**<br>**Las Vegas, NV 89102** |
| **Financial Links, Inc.**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Mary Bellinger**<br>**c/o Harry S. Miller; Perkins Smith**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **Financial Links, Inc.**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Nancy Ferguson**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **Financial Links, Inc.**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Stephen and Allison Toebes**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St**<br>**Boston, MA 02108** |
| **Financial Links, Inc.**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Alta Loma Ultra Trust**<br>**Carl Lovell, Trustee**<br>**2801 S Valley View Ste 1**<br>**Las Vegas, NV 89102** |
| **Financial Links, Inc.**<br>**c/o T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **The West Hollywood Nongrantor Trust**<br>**Carl E Lovell, Trustee**<br>**2801 S. Valley View, Ste 1**<br>**Las Vegas, NV 89102** |
| **Gwendolyn Brumbaugh**<br>**2505 Diamond Hitch Trail**<br>**Raleigh, NC 27615** | **Chase Home Finance**<br>**PO Box 830016**<br>**Baltimore, MD 21283-0016** |
| **Gwendolyn Brumbaugh**<br>**2505 Diamond Hitch Trail**<br>**Raleigh, NC 27615** | **Capital Bank**<br>**PO Box 18949**<br>**Raleigh, NC 27619** |
| **Gwendolyn Brumbaugh**<br>**2505 Diamond Hitch Trail**<br>**Raleigh, NC 27615** | **Internal Revenue Service**<br>**Insolvency I**<br>**320 Federal Place Room 335**<br>**Greensboro, NC 27401** |
| **Gwendolyn Brumbaugh**<br>**2505 Diamond Hitch Trail**<br>**Raleigh, NC 27615** | **Internal Revenue Service**<br>**Insolvency I**<br>**320 Federal Place Room 335**<br>**Greensboro, NC 27401** |
| **Gwendolyn Brumbaugh**<br>**2505 Diamond Hitch Trail**<br>**Raleigh, NC 27615** | **Internal Revenue Service**<br>**Insolvency I**<br>**320 Federal Place Room 335**<br>**Greensboro, NC 27401** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Robert Brumbaugh**                   ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gwendolyn Brumbaugh**<br>**2505 Diamond Hitch Trail**<br>**Raleigh, NC 27615** | **NC Department of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27699-0001** |
| **Steven A. Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Mary Bellinger**<br> **c/o Harry S. Miller; Perkins Smith**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **Steven A. Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Nancy Ferguson**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **Steven A. Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Stephen and Allison Toebes**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St**<br>**Boston, MA 02108** |
| **Steven A. Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Alta Loma Ultra Trust**<br>**Carl Lovell, Trustee**<br>**2801 S Valley View Ste 1**<br>**Las Vegas, NV 89102** |
| **Steven A. Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **The West Hollywood Nongrantor Trust**<br>**Carl E Lovell, Trustee**<br>**2801 S. Valley View, Ste 1**<br>**Las Vegas, NV 89102** |
| **T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Mary Bellinger**<br> **c/o Harry S. Miller; Perkins Smith**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Nancy Ferguson**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St.**<br>**Boston, MA 02108** |
| **T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Stephen and Allison Toebes**<br>**c/o Perkins Smith & Cohen, LLP**<br>**1 Beacon St**<br>**Boston, MA 02108** |
| **T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **Alta Loma Ultra Trust**<br>**Carl Lovell, Trustee**<br>**2801 S Valley View Ste 1**<br>**Las Vegas, NV 89102** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Robert Brumbaugh**                                                    ,    Case No. _____

                                   Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **T. Gene Gilman**<br>**11 Morse Road**<br>**Newtonville, MA 02460** | **The West Hollywood Nongrantor Trust**<br>**Carl E Lovell, Trustee**<br>**2801 S. Valley View, Ste 1**<br>**Las Vegas, NV 89102** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Form B6I
(12/03)

In re   **Robert Brumbaugh**                                                                Case No. _____
                                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Son**<br>**Son**<br>**spouse** | AGE<br>**13**<br>**16**<br>**55** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **consultant** | |
| Name of Employer | **Golden Beneficial Securities** | |
| How long employed | **2 years** | |
| Address of Employer | **5850 San Felipe #111**<br>**Houston, TX 77057** | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| Estimated monthly overtime | $ | **0.00** | $ | **N/A** |
| SUBTOTAL | $ | **0.00** | $ | **N/A** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **2,200.00** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify) | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,200.00** | $ | **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **-2,200.00** | $ | **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **7,621.75** | $ | **N/A** |
| Income from real property | $ | **0.00** | $ | **N/A** |
| Interest and dividends | $ | **0.00** | $ | **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| Social security or other government assistance | | | | |
| (Specify) | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| Pension or retirement income | $ | **0.00** | $ | **N/A** |
| Other monthly income | | | | |
| (Specify) | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| TOTAL MONTHLY INCOME | $ | **5,421.75** | $ | **N/A** |

TOTAL COMBINED MONTHLY INCOME       $ _____ **5,421.75**       (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  **Robert Brumbaugh**                                           Case No. _____
_____
                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,400.00 |
| Are real estate taxes included? Yes __X__   No ___ | | |
| Is property insurance included? Yes __X__   No ___ | | |
| Utilities:  Electricity and heating fuel | $ | 300.00 |
| Water and sewer | $ | 100.00 |
| Telephone | $ | 150.00 |
| Other  **See Detailed Expense Attachment** | $ | 200.00 |
| Home maintenance (repairs and upkeep) | $ | 200.00 |
| Food | $ | 600.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| Charitable contributions | $ | 200.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 300.00 |
| Health | $ | 400.00 |
| Auto | $ | 300.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | $ | 900.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 300.00 |
| Other  **payments for real property owned by tenancy by the entirety** | $ | 1,500.00 |
| Other | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | 7,700.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |
| (interval) | | |

In re  **Robert Brumbaugh**                                               Case No. _____
                              Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **cable/internet** | $ | **100.00** |
| **cell** | $ | **100.00** |
| **Total Other Utility Expenditures** | $ | **200.00** |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Robert Brumbaugh**

Debtor(s)

Case No.

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**25**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 15, 2005**

Signature   **/s/ Robert Brumbaugh**

**Robert Brumbaugh**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Robert Brumbaugh**                                     Case No. _____

                                          Debtor(s)            Chapter   **7**_____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$65,000.00** | **year to date income** |
| **$42,419.00** | **2004** |
| **$70,319.00** | **2003** |

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                       SOURCE

### 3. Payments to creditors

None ☐    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **payments to credit cards in regular cour** | | **$0.00** | **$0.00** |
| **payments on mortgages in regular course** | | **$0.00** | **$0.00** |

None ■    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bellinger et al v. T. Gene Gilman, ... Robert Brumbaugh, et al, 04-2974** | **allegations of fruadulent activity by Defendant Gilman and controlled entities** | **Middlesex County Massachussetts Superior Court** | **In discovery phase** |
| **Alta Loma Ultra Trust, et al v T. Gene Gilman, Financial Links, Inc, ..., Doe Individuals, et al. case # A497223** | **allegations of fraud against Defendant Gilman and associated entities** | **Clark County Nevada, District Court** | **Discovery** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **North Raleigh Nazarene Church 9200 Strickland Road Raleigh, NC 27615** | | **weekly** | **$50.00** |

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ■   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ■   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Financial Links, Inc. | 56-1970749 | 2505 Diamond Hitch Tr. Raleigh, NC 27615 | consulting, sold to T. Gene Gilman in 1999, established business in 1995, ceased operations in 2003.  Debtor remained President of Financial Links from date of sale til 2003 | 1995-1999, 1999-2003 |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                 DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                           DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                 DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                               RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST                PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                        NATURE AND PERCENTAGE
NAME AND ADDRESS                      TITLE               OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                               ADDRESS                          DATE OF WITHDRAWAL

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                      DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE              AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL               OR DESCRIPTION AND
                                                            VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                       TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **October 15, 2005**                   Signature   **/s/ Robert Brumbaugh**

                                                              **Robert Brumbaugh**
                                                              Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Robert Brumbaugh**

Debtor(s)

Case No.

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

   **Description of Property**                                    **Creditor's name**
   **-NONE-**

   *b.  Property to Be Retained*                                  *[Check any applicable statement.]*

| # | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | **Single family home and lot Location: 2505 Diamond Hitch, Raleigh NC** | **Capital Bank** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 2. | **Single family home and lot Location: 2505 Diamond Hitch, Raleigh NC** | **Chase Home Finance** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 3. | **2000 Dodge Durango with 110000 miles** | **Chrysler Financial** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 4. | **1999 Chevy Tahoe with 70000 miles; insured by allstate policy # 090654230** | **First Citizens bank** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 5. | **undeveloped 15 acre lot Lot 17 Crown Oaks Tally Ho Township Granville county, NC** | **Kitty Fried** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 6. | **25 acre undeveloped lot Lot 1 Tally Ho Township Granville County, NC** | **Kitty Fried** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date   **October 15, 2005**

Signature   **/s/ Robert Brumbaugh**

**Robert Brumbaugh**
Debtor

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Robert Brumbaugh**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept................................................................ | $ | **891.00** |
| Prior to the filing of this statement I have received........................................... | $ | **891.00** |
| Balance Due............................................................................................................. | $ | **0.00** |

2.  $ **209.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 15, 2005**

**/s/ Derek R. Caldwell**
**Derek R. Caldwell 21959**
**Law Office of Derek R. Caldwell**
**211 East Six Forks Road, Suite 210-A**
**PO Box 19242**
**Raleigh, NC 27619-9242**
**(919) 838-9400   Fax: (919) 834-1031**
**derekcaldwell_attorney@yahoo.com**

---

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11:  Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| **/s/ Robert Brumbaugh** | **October 15, 2005** | |
| Debtor's Signature | Date | Case Number |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Robert Brumbaugh**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **October 15, 2005**

**/s/ Robert Brumbaugh**

**Robert Brumbaugh**

Signature of Debtor

Alta Loma Ultra Trust
Carl Lovell, Trustee
2801 S Valley View Ste 1
Las Vegas, NV 89102

Capital Bank
PO Box 18949
Raleigh, NC 27619

Capitol One Bank
Attn: Bankruptcy Department
PO Box 85167
Richmond, VA 23285-5167

Chase Home Finance
PO Box 830016
Baltimore, MD 21283-0016

Chrysler Financial
Box 55000 Dept 277001
Detroit, MI 48255

Citi Corp Credit Services
Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64153

CitiBank Cardmember Services
Attn: Bankruptcy Department
PO Box 142319
Irving, TX 75014-2319

Client Services, Inc.
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047

Dell Financial Services
PO Box 81577
Austin, TX 78708-1577

Elizabeth Steffenberg
c/o Wilson, Elser, Moskowitz, et al
155 Federal St
Boston, MA 02110

First Citizens bank
PO Box 27131
Raleigh, NC 27611

Harry S. Miller
Perkins Smith & Cohen, LLP
One Beacon St.
Boston, MA 02108

Internal Revenue Service
Insolvency I
320 Federal Place Room 335
Greensboro, NC 27401

John and Jane Doe, plaintiffs
c/o Denner O'Malley, LLP
4 Longfellow Pl, 35th Floor
Boston, MA 02114

Kitty Fried
7717 Audubon
Raleigh, NC 27615

Mary Bellinger
 c/o Harry S. Miller; Perkins Smith
1 Beacon St.
Boston, MA 02108

Nancy Ferguson
c/o Perkins Smith & Cohen, LLP
1 Beacon St.
Boston, MA 02108

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27699-0001

OSI Collection Services, Inc.
PO Box 550720
Jacksonville, FL 32255-0720

Stephen and Allison Toebes
c/o Perkins Smith & Cohen, LLP
1 Beacon St
Boston, MA 02108

The West Hollywood Nongrantor T
Carl E Lovell, Trustee
2801 S. Valley View, Ste 1
Las Vegas, NV 89102